In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00263-CR
_____

DEIDRA MOORE WARE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 1
Montgomery County, Texas
Trial Cause No. 16-316318

## MEMORANDUM OPINION

Deidra Moore Ware has filed a motion to dismiss her appeal. *See* Tex. R. App. P. 42.2. Because a request to dismiss the appeal is signed by appellant personally and joined by counsel of record, and no opinion has issued in this appeal, the motion is granted.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on February 6, 2018
Opinion Delivered February 7, 2018
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.